ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JIANFENG LI,<br>Defendant. | Case No. 5:26-po-00142-CDB.<br>[Citation # E1929835, CA3F]<br><br>MOTION TO CONVERT MANDATORY APPEARANCE TO COLLATERAL |

The United States of America, by and through Eric Grant, United States Attorney, and Luke Baty, Assistant United States Attorney, hereby moves to convert [Citation #E1929835, CA3F] in Case No. 5:26-po-00142-CDB against Defendant JIANFENG LI in the interests of justice.

The citation in this case was improperly issued as a mandatory appearance. The Collateral Forfeiture Schedule for the Eastern District of California, General Order Number 698, makes this a purely bailable offense with a collateral amount of $250, unless one of the six mandatory appearance prerequisites exists as determined by the citing officer. None of those prerequisites were present in this case.

///

///

///

To correct this error, the United States seeks to convert the citation to a collateral amount, to wit: $250 and a $30 processing fee.

DATED: September 28, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ *Luke Baty*
LUKE BATY
Assistant United States Attorney

**ORDER GRANTING MOTION (Doc. 7)**

Good cause appearing, the motion of the United States of America to convert the citation to a collateral amount (Doc. 7) is GRANTED.

Accordingly, IT IS HEREBY ORDERED that [Citation # E1929835, CA3F] in Case No. 5:26-po-00142-CDB against JIANFENG LI is converted to a bailable citation with collateral amount of $250.00, with an additional $30.00 processing fee, for a total amount owed of $280.00.

IT IS SO ORDERED.

Dated: **September 29, 2026**

UNITED STATES MAGISTRATE JUDGE