HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JIANFENG LI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JIANFENG LI,<br>Defendant. | Case No. 5:26-po-142-CDB<br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ~~[PROPOSED]~~ ORDER**<br>Date: December 1, 2026<br>Time: 10:00 a.m. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Jenelle Walden, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Jianfeng Li, that the status conference currently scheduled for November 3, 2026, at 10:00 a.m. may be continued to December 1, 2026, at 10:00 a.m.

The parties agree and stipulate, and request that the Court find the following. Mr. Li made his initial appearance on citation on September 2, 2026. The government provided initial discovery the same day. The parties are in communication about the case, and both parties are in the process of obtaining additional information that they anticipate will assist in negotiation and resolution of the case. The requested continuance will therefore conserve time and resources for the parties and the Court.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: October 27, 2026

*/s/ Jenelle Walden*
JENELLE WALDEN
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 27, 2026

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
JIANFENG LI

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for November 3, 2026, at 10:00 a.m. is hereby continued to December 1, 2026, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **October 27, 2026**

UNITED STATES MAGISTRATE JUDGE